**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00073-REB-CBS

DANNY SHEPHERD,

    Plaintiff,

v.

NATIONS RECOVERY CENTER, INC., a Georgia corporation,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal With Prejudice** [#14], filed April 23, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#14], filed April 23, 2007, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 23, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        s/ Robert E. Blackburn
                        **Robert E. Blackburn
                        United States District Judge**